December 10, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

Y. GINA LISITSA AND LISITSA LAW CORPORATION, Appellants

NO. 14-13-00126-CV                V.

FLORINA FLIT, Appellee

_____

 This cause, an appeal from the judgment in favor of appellee, Florina Flit, signed January 31, 2013, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

 We further order that all costs incurred by reason of this appeal be paid by appellee, Florina Flit.

 We further order this decision certified below for observance.